UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Raymundo Garza §
§
versus §
§   CIVIL ACTION B 98-97
Pine Bluff Sand and §
Gravel §

FILED SEP 0 1 1998
Michael N. Milby
Clerk of Court

ENTERED SEP 0 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on September 1, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge