IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYMUNDO GARZA & | |
| & | |
| & | C.A. NO. B-98-97 |
| VS & | |
| & | |
| PINE BLUFF SAND & GRAVEL CO. & | |

## ORDER

On this the 19 day of November, 1998 came on to be heard the Motion to Substitute Attorney in Charge in the above-entitled and numbered cause of action. The same having been heard and found in all things to be meritorious, it is hereby;

ORDERED, ADJUDGED and DECREED that this Motion be granted as prayed for and that the name of ALBERT VILLEGAS is hereby substituted as attorney in charge for Plaintiff in the place of Ray Marchan.

SIGNED AND ENTERED THIS 19 DAY OF November, 1998.

_____
U.S. DISTRICT JUDGE