15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYMUNDO GARZA | * | CIVIL ACTION |
| VERSUS | * | NO. B-98-97 |
| PINE BLUFF SAND & GRAVEL COMPANY | * | JURY DEMANDED |
| * * * * * * * * * | | ADMIRALTY |

United States District Court
Southern District of Texas
ENTERED
JAN 0 7 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## O R D E R

Upon application of J. Fredrick Kessenich for leave to act as attorney-in-charge;

**IT IS ORDERED** that the application is granted and that J. Fredrick Kessenich be and is hereby allowed to appear and act as attorney-in-charge for Pine Bluff Sand & Gravel Company in the above captioned matter.

Brownsville, Texas, this 7 day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com