United States District Court
Southern District of Texas
ENTERED

UNITED STATES DISTRICT COURT    JUN 23 ...    SOUTHERN DISTRICT OF TEXAS

24

Michael N. Milby, ...

George §
§
**versus** §     CIVIL ACTION B- 98-97
§
Pine Bluff Sand, et al §

## Order Setting Conference

United States District Court
Southern District of Texas
FILED

JUN 17 1999

Michael N. Milby
Clerk of Court

1. A status conference will be held on:

    08-18 , 1999

    at 9:30 A .m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear _in person_ by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. _See_ Fed. R. Civ. P. 16.

Signed June 17 th , 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge