25

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED
JUL 20 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

*Gonzu* §
§
versus § CIVIL ACTION B- 98-97
§
*Pine Bluff Sand* §
§

## Order Setting Conference

1. A status conference will be held on:

   __09-23__, 1999

   at __9:00__ __A__.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas  78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed __July 19 99__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge