27

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern District of Texas~~
~~FILED~~ Entered

SEP 2̶3̶ 28 1999

Michael N. Milby
Clerk of Court

GARZA §
versus §
PINE BLUFF §
VERSUS §
UNITED ROAD §

CIVIL ACTION B-~~98~~-097

By: Deputy

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.    ☐ Bench   ☑ Jury

2. New parties must be joined by: __10/21/99__

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: __10/15/99__

4. The defendant's experts must be named with a report furnished by: __12/1/99__
   ~~within 30 days of the deposition of the plaintiff's expert.~~

5. Discovery must be completed by: __1/~~15~~14/2000__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

   ht

6. Motions will be filed by: __1/~~15~~14/2000__

*********************************************************************

7. Joint pretrial order is due: __02-17-2000__

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __03-02-2000__

   The case will remain on standby until tried.

9. Jury Selection: __03-06-2000__

Signed __September 23__, 199_9_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge