29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

FEB 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMUNDO GARZA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-98-97 |
| PINE BLUFF SAND & GRAVEL, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on February 16, 2000, the Court considered Plaintiff's unopposed joint motion to continue trial (Dkt. No. 28). The motion is DENIED. The scheduling order remains in effect.

DONE at Brownsville, Texas, this 16th day of February 2000.

_____
Hilda G. Tagle
United States District Judge