42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMUNDO GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-97 |
| | § | |
| PINE BLUFF SAND AND GRAVEL CO., | § | |
| | § | |
| Defendant. | § | |

## Final Order of Dismissal

BE IT REMEMBERED that March 2, 2000, the Court conducted the final pretrial conference in Civil Action No. 97-98.

1. The Court, having been advised by counsel that a settlement has been reached, DISMISSED WITH PREJUDICE Plaintiff GARZA's claims against Defendant PINE BLUFF.

2. Plaintiff GARZA's claims against Third Party Defendant UNITED ROAD MACHINERY are DISMISSED WITHOUT PREJUDICE.

3. Defendant PINE BLUFF's claims against Third Party Defendant UNITED ROAD MACHINERY are DISMISSED WITH PREJUDICE.

4. Third Party Defendant UNITED ROAD MACHINERY's counterclaims against Defendant PINE BLUFF are DISMISSED WITHOUT PREJUDICE.

5.. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

DONE at Brownsville, Texas, this __2__ day of March 2000.

Hilda G. Tagle
United States District Judge